**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (175)
WESLEY J. SMITH, ESQ. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel.: (702) 255-1718
Fax: (702) 255-0871
kbc@cjmlv.com, wes@cjmlv.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITE HERE HEALTH, *et al.*, | CASE NO.: 2:13-cv-00936-APG-GWF |
| Plaintiffs, | **STIPULATION AND CONSENT FOR ENTRY OF JUDGMENT BY CONFESSION AND FOR STAY OF EXECUTION** |
| vs. | |
| BEALE STREET BLUES COMPANY – LAS VEGAS, LLC, *et al.*, | |
| Defendants. | Date: N/A<br>Time: N/A |

Plaintiffs, Unite HERE Health and Southern Nevada Culinary & Bartenders Pension Trust (hereinafter "Plaintiffs" or "Trusts"), each acting by and through its designated fiduciary, and acting by and through their attorneys, Christensen James & Martin, and Defendants, Beale Street Blues Company – Las Vegas, LLC, Stewart Thomas Peters, Donald Greenop, Curtis Peery and Beale Street Blues Company, Inc. (collectively "Defendants"), acting by and through their attorneys, Cooper Levenson, P.A., hereby Stipulate and Agree ("Stipulation"), as follows:

1. This Stipulation and Order for Entry of Judgment by Confession is entered into by and between the Plaintiffs and Defendants to settle and conclude certain legal disputes relating to the payment of fringe benefit contributions, liquidated damages, interest, and attorney's fees owed to the Plaintiffs by Defendants.

2. A Judgment by Confession ("Judgment") shall be entered in favor of the Plaintiffs and against Defendants for the sum of One Hundred and Fifty Thousand Dollars ($150,000.00), to resolve all pre-judgment damages owed to the Trust, including all delinquent contributions,

1 | interest, liquidated damages, attorney's fees and costs for the period March 11, 2011 through November 11, 2012 ("Audit Period").

3. Execution on the Judgment shall be stayed pursuant to the terms of this Stipulation and the terms of the Judgment. In the event of Defendants' Default and failure to cure as provided for under the Judgment, Plaintiff shall have the right to file a Notice of Termination of Stay of Execution on the Judgment informing the Court that the stay has been terminated by Defendant's Default and failure to cure.

4. This Stipulation is conditioned by certain and specific terms contained within the Judgment executed contemporaneously herewith and incorporated herein by this reference.

5. All pending Motions, including Plaintiffs' Motion to Compel Discovery, to Deem Admissions Admitted and for Sanctions [Doc. 21] filed on April 1, 2014, are hereby withdrawn as moot and the Motion Hearing scheduled for May 20, 2014 at 9:30 am is hereby vacated.

CHRISTENSEN JAMES & MARTIN
By: /s/ *signature*
　　Wesley J. Smith, Esq.
　　*Attorneys for Plaintiffs*

DATED this 20th day of May, 2014.

By: _____
　　Stewart Thomas Peters

DATED this ___ day of May, 2014.

By: _____
　　Donald Greenop

DATED this ___ day of May, 2014.

By: _____
　　Curtis Peery

DATED this ___ day of May, 2014.

BEALE STREET BLUES COMPANY-LAS VEGAS, LLC

By: _____

Its: _____

DATED this ___ day of May, 2014.

BEALE STREET BLUES COMPANY, INC.

By: _____

Its: _____

DATED this ___ day of May, 2014.

1 | interest, liquidated damages, attorney's fees and costs for the period March 11, 2011 through
2 | November 11, 2012 ("Audit Period").

3. Execution on the Judgment shall be stayed pursuant to the terms of this Stipulation and the terms of the Judgment. In the event of Defendants' Default and failure to cure as provided for under the Judgment, Plaintiff shall have the right to file a Notice of Termination of Stay of Execution on the Judgment informing the Court that the stay has been terminated by Defendant's Default and failure to cure.

4. This Stipulation is conditioned by certain and specific terms contained within the Judgment executed contemporaneously herewith and incorporated herein by this reference.

5. All pending Motions, including Plaintiffs' Motion to Compel Discovery, to Deem Admissions Admitted and for Sanctions [Doc. 21] filed on April 1, 2014, are hereby withdrawn as moot and the Motion Hearing scheduled for May 20, 2014 at 9:30 am is hereby vacated.

CHRISTENSEN JAMES & MARTIN

By: _____
Wesley J. Smith, Esq.
*Attorneys for Plaintiffs*

DATED this ___ day of May, 2014.

By: _____
Stewart Thomas Peters

DATED this 29 day of May, 2014.

By: _____
Donald Greenop

DATED this 28 day of May, 2014.

By: _____
Curtis Peery

DATED this 21 day of May, 2014.

BEALE STREET BLUES COMPANY-LAS VEGAS, LLC

By: _____
Its: MANAGER

DATED this 29 day of May, 2014.

BEALE STREET BLUES COMPANY, INC.

By: _____
Its: PRESIDENT

DATED this 29 day of May, 2014.

1

2  SUBMITTED BY:                              APPROVED BY:

3
   CHRISTENSEN JAMES & MARTIN                 COOPER LEVENSON, P.A.
4
   By: *[signature]*                          By: _____
5  Wesley J. Smith, Esq.                      Katherine M. Morris, Esq.
   *Attorneys for Plaintiffs*                 *Attorneys for Defendants*
6

7

8                                             **IT IS SO ORDERED.**

9                                             *[signature]*
                                              _____
10                                            United States District Judge

11
                                              Dated: _____June 2, 2014_____
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

SUBMITTED BY:

CHRISTENSEN JAMES & MARTIN

By: _____
Wesley J. Smith, Esq.
*Attorneys for Plaintiffs*

APPROVED BY:

COOPER LEVENSON, P.A.

By: /s/ Katherine M. Morris
Katherine M. Morris, Esq.
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
United States District Judge

Dated: June 2, 2014

**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (175)
WESLEY J. SMITH, ESQ. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel.: (702) 255-1718
Fax: (702) 255-0871
kbc@cjmlv.com, wes@cjmlv.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITE HERE HEALTH, *et al.*, | CASE NO.: 2:12-cv-01490 |
| Plaintiffs, | |
| vs. | **JUDGMENT BY CONFESSION** |
| BEALE STREET BLUES COMPANY – LAS VEGAS, LLC, *et al.*, | Date: N/A<br>Time: N/A |
| Defendants. | |

Pursuant to the express Stipulation and Consent for Entry of Judgment by Confession ("Stipulation"), it is hereby ORDERED, ADJUDGED AND DECREED that:

1. Plaintiffs Unite HERE Health and Southern Nevada Culinary & Bartenders Pension Trust (hereinafter "Plaintiffs" or "Trusts"), acting by and through their designated fiduciaries, shall take Judgment by Confession ("Judgment") against Defendants, Beale Street Blues Company – Las Vegas, LLC, Stewart Thomas Peters, Donald Greenop, Curtis Peery and Beale Street Blues Company, Inc. ("Defendants"), for the sum of One Hundred and Fifty Thousand Dollars ($150,000.00) ("Judgment Amount"). Interest shall accrue on the Judgment amount at the rate of seven percent (7%) per annum.

2. The Judgment Amount shall be paid to Plaintiffs as third party beneficiaries under the terms of a collectively bargained labor agreement ("CBA") between the Mirage Casino-Hotel

-4-

("Mirage") and the Culinary Workers Union Local 226 and/or Bartenders Union Local 165 ("Unions") and a Memorandum of Agreement ("MOA") between the Mirage, Beale Street Blues Company – Las Vegas, LLC and the Unions (hereafter CBA and MOA collectively "Labor Agreement"). This Judgment includes settlement of all known claims by Plaintiffs for fringe benefit contributions for work performed during the periods March 11, 2011 through November 11, 2012 ("Audit Period"), plus interest, liquidated damages, attorney's fees and costs.

    3.    This Judgment is not intended to, and it does not, resolve, address or secure claims that are as yet unknown to the Trusts, including any claims that may later be revealed by Audit for periods subsequent to the Audit Period. The Trusts specifically reserve all Audit rights for periods that have not been audited.

    4.    The Judgment Amount, including interest on the declining Judgment balance and any after-accruing amounts for attorney's fees and costs in the event of default, subject to the terms of Paragraph 8 below, shall be paid by Defendants through fifteen (15) monthly installments, due on or before the first (1st) day of each month, the first of which is due within five (5) days of execution of this Judgment and the last of which is due on or before August 1, 2015, as follows:

    a.    Payment One (1) shall be remitted to the Trusts in the amount of $20,000.00 within five (5) days of execution of this Judgment;

    b.    Payments Two (2) through Fourteen (14) shall be remitted to the Trusts in the amount of $10,000.00 each, commencing on or before July 1, 2014, and on the first (1st) day of each month thereafter; and

    c.    Payment Fifteen (15) shall be remitted to the Trusts in the estimated amount of $6,543.79 on or before August 1, 2015.

Subject only to the Defendants' right to cure under Paragraph 8, the final payment of all unpaid portions of the Judgment Amount, in the scheduled amount of $6,543.79 (which includes interest scheduled to accrue), shall be increased to include any late fees and after-accruing attorney's fees incurred by Plaintiffs relating to this Judgment for collection of the amounts referenced herein,

and shall be paid by the Defendants to Plaintiffs on or before July 1, 2015.

5. The payments toward the Judgment Amount required herein shall be and made payable to "Christensen James & Martin Special Client Trust Account" and shall be remitted to and received on or before the due dates set forth in Paragraph 4 at the office of Plaintiffs' attorney, Christensen James & Martin, Attn: Wesley Smith, Esq., 7440 W. Sahara Ave., Las Vegas, Nevada 89117, or at such other location as the Defendants are notified in writing. Should any of Defendants' payments be returned for insufficient funds, all subsequent payments shall be made using cashier's checks or money orders.

6. The following potential claims are reserved by the Trusts: (i) any claims unrelated to the Judgment Amount that are currently unknown to the Trusts; (ii) the obligation of the Defendants or any trade or business under common control of Defendants (to the extent Defendants or any trade or business under common control with Defendants have any obligation) to pay, and the rights of the Trusts to assess and collect, withdrawal liability pursuant to 29 USC § 1381 et. seq. (including the use of Defendants' contribution history for purposes of calculating any withdrawal liability); and (iii) any additional claims discovered by audit for any unaudited period.

7. The Defendants shall have the right at any time to prepay the entire balance owed, or any portion thereof, without incurring a prepayment penalty. However, interest will continue to accrue on any amount that remains unpaid.

8. Should the Defendants fail to satisfy any of the conditions in this Judgment, a written Notice of Default shall immediately be delivered to: COOPER LEVENSON, P.A., Attn: Katherine M. Morris, 1125 Atlantic Ave., 3rd Floor, Atlantic City, New Jersey 08401, delivery confirmation requested, and kmorris@cooperlevenson.com, or at such other address or means as the Plaintiffs are notified in advance in writing. Each such Notice required to be sent shall result in an automatic late fee and collection charge of $150.00 (which will be applied as a credit against any attorney's fees and costs incurred as a result of the Default) to be paid in addition to any payment that Defendants have failed to pay and shall be paid immediately with the cure

payment.  If the Defendants thereafter fail to make the required payment(s) or otherwise fail to comply with the conditions of such paragraphs within ten (10) days of the date of such Notice, Plaintiffs shall have the right to file a Notice of Termination of Stay of Execution on the Judgment informing the Court that the stay has been terminated by Defendants' Default and failure to cure, and Plaintiffs shall have the unconditional and immediate right to execute upon the Judgment for whatever amount then remains due and owing, including after-accruing interest, attorney's fees and costs, without further notice to the Defendants or Order from the Court.  In the event of Defendants' default and failure to cure, interest on any unpaid Judgment balance shall accrue at the rate of seven percent (7%) from the default date until paid in full.

9. Defendants shall forthwith execute and submit the following documents, as indicated, to Plaintiffs' attorney:

a. the Stipulation for Entry of Judgment by Confession and for Stay of Execution;

b. this Judgment; and

c. Payment One, as described in Paragraph 4 above.

Signatures to the Stipulation and Judgment as provided via facsimile or scanned document shall be valid and shall be deemed the equivalent of original signatures.

10. Execution on this Judgment shall be stayed through August 1, 2015, provided that Defendants timely satisfy all of the conditions in this Judgment, in the event of Default Defendants timely cure, and payment in full is made by the Defendants in accordance with the terms of this Judgment.

11. Within ten (10) days of Plaintiffs' receipt and negotiation of the payments described herein, this obligation will have been satisfied and Plaintiffs shall deliver to the Defendants a written Satisfaction of Judgment and file the same with the Court. A Satisfaction of Judgment shall not be executed, filed or delivered until all of Defendants' obligations under this Judgment have been fully performed.

12. Defendants have consulted the attorney of their choice and fully understand the

obligations and consequences of the Stipulation and this Judgment.

DATED and done this \_\_\_\_ day of _____, 20\_\_\_.

_____
UNITED STATES DISTRICT COURT JUDGE

| CHRISTENSEN JAMES & MARTIN | BEALE STREET BLUES COMPANY-LAS VEGAS, LLC |
|---|---|
| By: /s/ *Wesley J. Smith* <br> Wesley J. Smith, Esq. <br> *Attorneys for Plaintiffs* | By: _____ <br> Its: _____ |
| DATED this 28th day of May, 2014. | DATED this \_\_\_ day of May, 2014. |
| By: _____ <br> Stewart Thomas Peters | BEALE STREET BLUES COMPANY, INC. |
| DATED this \_\_\_ day of May, 2014. | By: _____ <br> Its: _____ |
| By: _____ <br> Donald Greenop | DATED this \_\_\_ day of May, 2014. |
| DATED this \_\_\_ day of May, 2014. | |
| By: _____ <br> Curtis Peery | |
| DATED this \_\_\_ day of May, 2014. | |
| SUBMITTED BY: | APPROVED BY: |
| CHRISTENSEN JAMES & MARTIN | COOPER LEVENSON, P.A. |
| By: /s/ *Wesley J. Smith* <br> Wesley J. Smith, Esq. <br> Nevada Bar No. 11871 <br> 7440 W. Sahara Ave. <br> Las Vegas, Nevada 89117 <br> *Attorneys for Plaintiffs* | By: _____ <br> Katherine M. Morris, Esq. <br> New Jersey Bar No. 009551997 <br> Admitted Pro Hac Vice <br> 6060 Elton Avenue, Suite A <br> Las Vegas, Nevada 89107 <br> *Attorneys for Defendants* |
| DATED this 30th day of May, 2014. | DATED this \_\_\_ day of May, 2014. |

obligations and consequences of the Stipulation and this Judgment.

Dated:  June 2, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE

CHRISTENSEN JAMES & MARTIN

By: _____
    Wesley J. Smith, Esq.
    *Attorneys for Plaintiffs*

DATED this ___ day of May, 2014.

By: _____
    Stewart Thomas Peters

DATED this 29 day of May, 2014.

By: _____
    Donald Greenop

DATED this 23 day of May, 2014.

By: _____
    Curtis Peery

DATED this 21 day of May, 2014.

SUBMITTED BY:

CHRISTENSEN JAMES & MARTIN

By: _____
    Wesley J. Smith, Esq.
    Nevada Bar No. 11871
    7440 W. Sahara Ave.
    Las Vegas, Nevada 89117
    *Attorneys for Plaintiffs*

DATED this ___ day of May, 2014.

BEALE STREET BLUES COMPANY-LAS VEGAS, LLC

By: _____

Its: MANAGER

DATED this 29 day of May, 2014.

BEALE STREET BLUES COMPANY, INC.

By: _____

Its: PRESIDENT

DATED this 29 day of May, 2014.

APPROVED BY:

COOPER LEVENSON, P.A.

By: _____
    Katherine M. Morris, Esq.
    New Jersey Bar No. 009551997
    Admitted Pro Hac Vice
    6060 Elton Avenue, Suite A
    Las Vegas, Nevada 89107
    *Attorneys for Defendants*

DATED this 30 day of May, 2014.

## OATH AND VERIFICATION

STATE OF Tennessee )
                   ) ss.
COUNTY OF Shelby )

Stewart Thomas Pettyt being first duly sworn upon oath, now verifies and declares that:

1. Entry of this Judgment by Confession, according to its provisions, is duly authorized; and

2. The monies due and owing and the basis for said Judgment are accurately set forth in the Stipulation and this Judgment.

Further you affiant sayeth naught.

_____, for Beale Street Blues Company - Las Vegas, LLC

Subscribed and Sworn before me this 29th day of May, 2014.

_____
Notary Public

[Seal: ELIZABETH H. WARE, STATE OF TENNESSEE NOTARY PUBLIC, SHELBY COUNTY]

My Commission Expires 10/25/2015

## OATH AND VERIFICATION

STATE OF Tennessee )
                   ) ss.
COUNTY OF Shelby )

Stewart Thomas Pettyt being first duly sworn upon oath, now verifies and declares that:

1. Entry of this Judgment by Confession, according to its provisions, is duly authorized; and

2. The monies due and owing and the basis for said Judgment are accurately set forth in the Stipulation and this Judgment.

Further you affiant sayeth naught.

_____, for Beale Street Blues Company - Las Vegas, LLC

Subscribed and Sworn before me this 29th day of May, 2014.

_____
Notary Public

[Seal: ELIZABETH H. WARE, STATE OF TENNESSEE NOTARY PUBLIC, SHELBY COUNTY]

My Commission Expires 10/25/2015

## OATH AND VERIFICATION

STATE OF Tennessee )
                  ) : ss.
COUNTY OF Shelby  )

Stewart Thomas Peters, being first duly sworn upon oath, now verifies and declares that:

1. Entry of this Judgment by Confession, according to its provisions, is duly authorized; and

2. The monies due and owing and the basis for said Judgment are accurately set forth in the Stipulation and this Judgment.

Further you affiant sayeth naught.

_____
Stewart Thomas Peters

Subscribed and Sworn before me
this 29th day of March, 2014.

_____
Notary Public

My Commission Expires 10/25/2015

## OATH AND VERIFICATION

STATE OF Tennessee )
                  ) : ss.
COUNTY OF Shelby  )

Donald Greenop, being first duly sworn upon oath, now verifies and declares that:

1. Entry of this Judgment by Confession, according to its provisions, is duly authorized; and

2. The monies due and owing and the basis for said Judgment are accurately set forth in the Stipulation and this Judgment.

Further you affiant sayeth naught.

_____
Donald Greenop

Subscribed and Sworn before me
this 23 day of May, 2014.

_____
Notary Public
MY COMMISSION EXPIRES:
June 25, 2017

## OATH AND VERIFICATION

STATE OF Tennessee  )
                    ) ss.
COUNTY OF Robertson )

Curtis Peery, being first duly sworn upon oath, now verifies and declares that:

1. Entry of this Judgment by Confession, according to its provisions, is duly authorized; and

2. The monies due and owing and the basis for said Judgment are accurately set forth in the Stipulation and this Judgment.

Further you affiant sayeth naught.

_____
Curtis Peery

Subscribed and Sworn before me
this  21  day of  May , 2014.

_____
Notary Public

[Notary Seal: HOLLI ANN WALKER, STATE OF TENNESSEE NOTARY PUBLIC, ROBERTSON COUNTY]

-11-